UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                      Case No. 6:10−bk−13178−ABB
                                                                         Chapter 7

Murray Eugene Brown
aka M Eugene Brown
aka M E Brown
aka Murray E Brown
644 W Winter Park St
Orlando, FL 32804

Mary Lee Brown
aka M Lee Brown
aka Mary L Brown
aka M L Brown
644 W Winter Park St
Orlando, FL 32804

       _____Debtor(s)_____/

## ORDER DISMISSING CASE

    On July 29, 2010 , the Court issued a notice (Document No. 6 ) directing the debtor to file by August 12, 2010 , the following required document(s) necessary for the administration of the case:

    Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, Schedules, Statement of Affairs and Statement of Intentions

    On August 11, 2010, the Court entered an order (Document No. 13) extending the time to file the required documents to September 13, 2010. The original order further provided that the Court may dismiss this case without further notice or hearing if the debtor failed to comply within the time specified in the order.

    Despite the fact that more than 14 days have passed since the date of filing of the petition, the debtor has failed to comply with the order. No Discharge of debts was entered in this case. Accordingly, it is

    ORDERED:

    1. This case is dismissed.

    2. The Automatic Stay imposed by 11 U.S.C. §362 is lifted and the filing of this case no longer acts as a stay against collections and other actions against the debtor and the debtor's property.

3. Any scheduled hearing is herewith canceled.

DONE AND ORDERED on September 20, 2010 .

_____
Arthur B. Briskman
United States Bankruptcy Judge